AKRON BAR ASSOCIATION *v.* WALKER.

[Cite as Akron Bar Assn. *v.* Walker (1984), 15 Ohio St. 3d 31.]

(D.D. No. 84-24—Decided December 26, 1984.)

32

[black redaction block]

[black redaction block]

*Mr. Fred E. Eastman, Mr. Stephen D. Hardesty* and *Ms. Sharon B. Sutton,* for relator.

*Edward L. Gilbert Co., L.P.A.,* and *Mr. Edward L. Gilbert,* for respondent.

*Per Curiam.* Upon a review of the record, we find that respondent has violated all three Disciplinary Rules cited by the board of commissioners. We find further that such conduct warrants more than a mere public reprimand.

Therefore, the court hereby suspends the respondent, Donald L. Walker, from the practice of law for a period of one year.

*Judgment accordingly.*

CELEBREZZE, C.J., W. BROWN, SWEENEY, LOCHER, HOLMES, C. BROWN and J. P. CELEBREZZE, JJ., concur.